IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARNALDO ANDRES PAREDES MORALES, | |
| *Petitioner*, | Civil Action No. 3:26-cv-67 |
| v. | Hon. William S. Stickman IV |
| BRIAN MCSHANE, *et al*, | |
| *Respondents*. | |

## ORDER OF COURT

Petitioner, a citizen of Venezuela, filed a Petition for Writ of Habeas Corpus on January 20, 2026, asking the Court to find his detention a the Moshannon Valley Processing Center unlawful and order his release from custody. (ECF No. 1). But on January 30, 2026, in the Immigration Court, Petitioner "requested to withdraw his application for admission and to depart immediately from the United States to VENEZUELA under safeguards." (ECF No. 7-1). His request was granted under 8 U.S.C. § 1229c(a)(1), and he is to be removed to his native country with safeguards. (*Id*.). The authority to detain him pending his departure as a safeguard is in accordance with 8 C.F.R. §§ 240.25(b) and 1240.26(b)(3)(i). The issue when Petitioner filed his petition – i.e., whether he is subject to detention under either 8 U.S.C. § 1225(b)(2) or 8 U.S.C. § 1226(a) – is now irrelevant. Any Order from the Court at this point ordering a detention hearing would be counterproductive and jeopardize Petitioner's agreement to voluntarily depart from the United States

AND NOW, this 12th day of February 2026, IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus (ECF No. 1) is DISMISSED AS MOOT. The Clerk of Court is to mark this CASE CLOSED.

BY THE COURT:

*/s/William S. Stickman IV*
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE